ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

ANGELEAN THIGPEN,

                    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                  Defendant.

_____/

CASE NO. 2:09-cv-1521-EFB

**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER**

       IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to respond to Defendant's answer in the above-referenced case is hereby extended from the present due date of January 4, 2010, by sixty days, to the new response date of March 5, 2010.

DATED: December 30, 2009

                                   BENJAMIN B. WAGNER
                                   United States Attorney

*/s/ Ann M. Cerney*                          */s/ Donna W. Anderson*
ANN M. CERNEY                       DONNA W. ANDERSON
Attorney for Plaintiff                 Special Assistant U.S. Attorney
                                     Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER

1   ANN M. CERNEY, SBN: 068748
    Attorney at Law
2   45 Hunter Square Plaza
    Stockton, California  95202
3   Telephone: (209) 948-9384
    Facsimile:  (209) 948-0706
4
    Attorney for Plaintiff
5

6

7

8        UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                    —o0o—

10  ANGELEAN THIGPEN,                    CASE NO. 2:09-CV-1521-EFB

11              Plaintiff,              [proposed] ORDER EXTENDING
                                        PLAINTIFF'S TIME TO RESPOND TO
12  vs.                                 DEFENDANT'S ANSWER

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                Defendant.
15  _____/

16       Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18  APPROVED.

19       Plaintiff shall file her response on or before March 5, 2010.

20       SO ORDERED.

21

22  DATED: _December 30, 2009._____
                                        EDMUND F. BRENNAN
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
_____
                                        2