BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI [CSBN 256770]
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    E-Mail: cynthia.denardi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANGELEAN THIGPEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-cv-1521-EFB<br><br>STIPULATION EXTENDING BRIEFING SCHEDULE AND [P~~ROPOSED~~] ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The undersigned requires additional time to respond to Plaintiff's arguments. The current due date is May 5, 2010. The new due date will be June 4, 2010, and Plaintiff's reply, if any, will be due June 24, 2010.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

                                Respectfully submitted,

Dated: April 19, 2010

                                */s/ Ann M. Cerney*
                                (As authorized by telephone 4/19/2010)
                                ANN M. CERNEY
                                Attorney for Plaintiff

Dated: April 19, 2010               BENJAMIN B. WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/ Cynthia B. De Nardi*
                                CYNTHIA B. DE NARDI
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: April 20, 2010

UNITED STATES MAGISTRATE JUDGE