1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8      **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                        —o0o—

10 ANGELEAN THIGPEN,                         CASE NO. 2:09-CV-1521-EFB

11                Plaintiff,                **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO**
12 vs.                                      **DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                  Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested  extension of

17 Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

18 hereby APPROVED.

19     Plaintiff shall file her reply on or before July 23, 2010.

20     SO ORDERED.

21 DATED:  June 15, 2010.
                                    /s/ Edmund F. Brennan
22                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28
                                              1
   STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION
                                   FOR SUMMARY JUDGMENT